**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-7255**

———————

CHARLES OLIVER HEMPHILL,

Plaintiff - Appellant,

versus

ANTHONY FARRAN; ANDREW FREDERICK; GERALDINE
MIRO; MICHAEL W. MOORE,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  G. Ross Anderson, Jr., District
Judge.  (CA-99-815-9-13-RB)

———————

Submitted:  October 19, 2001       Decided:  December 12, 2001

———————

Before WILKINS, LUTTIG, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Charles Oliver Hemphill, Appellant Pro Se.  Marvin Coleman Jones,
BOGOSLOW & JONES, Walterboro, South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Charles Oliver Hemphill appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Hemphill v. Farran</u>, No. CA-99-815-9-13-RB (D.S.C. June 15, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2